MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL MARKISHTUM, <br><br> Defendant. | NO. 06-5233M <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE SPEEDY INDICTMENT |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's waiver of Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, therefore,

///

///

///

///

///

///

ORDER GRANTING STIPULATED MOTION
TO CONTINUE SPEEDY INDICTMENT -- 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1   IT IS HEREBY ORDERED that the time to file an indictment be continued to

2 February 28, 2007. The period of delay resulting from this continuance from January 29,

3 2007 to February 28, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C.

4 §3161(h)(8)(A) and (B).

5   DONE this 29th day of January, 2007.

                                                s/ J. Kelley Arnold
                                                J. KELLEY ARNOLD
                                                United States Magistrate Judge

Presented By:

/s/
Linda R. Sullivan
Attorney for Defendant


/s/
Jeff Sullivan
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE SPEEDY INDICTMENT -- 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**